# Third District Court of Appeal
## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0180
Lower Tribunal No. 20-253-K

————————

## John Kastigar, et al.,
Appellants,

vs.

## Coherent Research Group, LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Monroe County, Bonnie J. Helms, Judge.

The Powell Law Firm, P.A., and Brett C. Powell; Kutner, Rubinoff & Moss, LLP, and Andrew Moss; The Solomon Firm, and Ronald Solomon, for appellants.

Liebler Gonzalez & Portuondo and Alan M. Pierce and Andrew Kemp-Gerstel, for appellee Coherent Research Group, LLC.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.